IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | Chapter 7 |
|---|---|
| A & E FAMILY INVESTMENT, LLC | Case No. 05-16331 |
| Debtors. | ORDER INCORPORATING MEMORANDUM DECISION DATED JANUARY 16, 2007 |

Based upon this Court's Memorandum Decision dated January 16, 2007, which is incorporated herein by reference:

IT IS ORDERED that the Trustee's Application for a finding that Premier Title Group is absolutely liable to the Trustee or, alternatively, for a Civil Contempt Order is DENIED, except to the extent that the Court is imposing a sanction against Premier Title Group as outlined in the Decision. The Court's inherent authority to impose a sanction against Premier Title Group has been properly invoked.

IT IS FURTHER ORDERED that Premier Title Group shall pay, as a sanction, the amount of the attorney's fees and costs incurred by the Trustee for the period from his counsel's preparation of the Motion to Enforce the Court's Amended Sale Order[1] until the rendering of the January 16, 2007 Decision. Within 14 days from the date of this Order, the

---

**1.** Docket Entry No. 97.

1  Trustee shall submit a separate affidavit as to his attorneys' fees and costs incurred in this
2  matter, on notice to Premier. Premier Title Group will have 28 days from the date of this Order
3  to file and serve an objection, if any, to the Trustee's request for attorneys' fees and costs. The
4  Court will thereafter determine to what extent a further hearing is necessary before entering a
5  final judgment.

DATED this 16th day of January, 2007.

_____
Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC TO NOTICE