IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>A & E FAMILY INVESTMENT, LLC<br><br>Debtors. | Chapter 7<br><br>Case No. 05-16331<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED MAY 10, 2007 |

Based upon this Court's Memorandum Decision dated May 10, 2007, which is incorporated herein by reference:

IT IS ORDERED that the Trustee's Motion for Partial Reconsideration of, and Partial Relief from, the Court's Memorandum Decision and Order on the Trustee's Application for a Contempt Sanction Against Title Security Agency of Arizona is DENIED. The Court finds that the Trustee failed to establish any grounds on which the Court's Memorandum Decision of January 19, 2007 could be properly reconsidered or vacated, in whole or in part.

IT IS FURTHER ORDERED that Premier Title Group shall pay a sum to the Trustee representing a sanction in the amount of the attorney's fees and costs incurred by the Trustee for the period from his counsel's preparation of the Motion to Enforce the Court's Amended Sale Order[1] until the time of rendering of the Court's January 19, 2007 Memorandum

---

1. Docket Entry No. 97.

Decision, as ordered in the Court's January 19, 2007 Order Incorporating the January 19, 2007 Decision.

IT IS FURTHER ORDERED that after consideration of the Trustee's affidavits and Premier's Objection thereto, the Court concludes, as a matter of fact and law that the amount of the compensatory sanction awarded to the Trustee shall be the aggregate amount of $26,612.57, representing the sum of $24,185 in reasonable attorneys' fees, and the sum of $2,427.57 in costs.

DATED this 10th day of May, 2007.

*[signature]*
Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge

BNC TO NOTICE